No. 88–1107. BROWN v. CITY OF FORT LAUDERDALE ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–1110. HARDY ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–1113. MIKULEC INDUSTRIES, INC. v. ICI AMERICAS, INC. C. A. 2d Cir. Certiorari denied.

No. 88–1117. OSWALD v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 88–1118. LUTZ ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–1120. WILLIAMS ET UX. v. TUCSON UNIFIED SCHOOL DISTRICT NO. 1 OF PIMA COUNTY, ARIZONA, ET AL. Ct. App. Ariz. Certiorari denied.

No. 88–1123. LANDERS SEED CO., INC. v. CHAMPAIGN NATIONAL BANK. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 88–1126. RYAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–1127. UBEROI v. UNIVERSITY OF COLORADO ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–1133. OSTER v. NEWMAN, ACTING SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–1141. DEMOCRATIC CENTRAL COMMITTEE OF THE DISTRICT OF COLUMBIA ET AL. v. D. C. TRANSIT SYSTEM, INC. C. A. D. C. Cir. Certiorari denied.

No. 88–1152. INCOME PROPERTIES, INC., ET AL. v. LUNSFORD ET AL. Sup. Ct. Ga. Certiorari denied.

No. 88–1156. BLANCO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.